UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAR 1 2007
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| NORMAN SEYMORE | § | |
| | § | C.A. G-05-528 |
| VS. | § | |
| | § | |
| PENN MARITIME, INC. | § | Rule 9(h) Admiralty |

**Verdict Form**

1. Do you find Penn Maritime was negligent and that such negligence was a cause in whole or in part of Plaintiff's injuries?

___✓___ Yes OR __________ No

2. Do you find that Penn Maritime, Inc. failed to furnish a vessel and its appurtenances that were reasonably fit for their intended use thus creating an unseaworthy condition and that the unseaworthy condition of the vessel played a substantial part in bringing about the plaintiff's injuries?

___✓___ Yes OR __________ No

If you answered question 1 or 2 "yes", answer question 3. If not, continue to question 6.

3. Do you find Norman Seymore was negligent and that such negligence was a cause in whole or in part of his injuries?

___✓___ Yes OR __________ No

If you answered questions 3 "yes", answer question "4". If not, continue to question 5.

4. Assuming that 100% represents the total possible amount of the Parties' liability in causing the plaintiff's damage, what percentage of this 100% is allocated to each party that you have found liable in any of the **preceding questions?** If you have found any party free from fault that was a cause for Norman Seymore's injuries, place "0" for that innocent party's percentage below.

| | |
|---|---|
| Penn Maritime | 50 % |
| Norman Seymore | 50 % |

5. State the amount of damages you award, if any, the plaintiff for each of the items:

| | |
|---|---|
| Past Medical Expenses | $ -0- |
| Future Medical Expenses | $ $101,000.00 |
| Past Wage Loss | $ $61,000.00 |
| Future Wage Loss | $ $634,842.00 |
| Past pain, suffering, and disability | $ $62,500.00 |
| Future pain, suffering, and disability | $ $62,500.00 |
| Past mental anguish and suffering | $ $62,500.00 |
| Future mental anguish and suffering | $ $62,500.00 |
| Disfigurement and scarring | $ -0- |

6. Do you find that Plaintiff is owed maintenance and cure?

✓ Yes OR ________ No

If you answer Question 6 "yes", please answer Question 7.

7. How much maintenance and cure is owed to date?

Maintenance $ $4,500.00

Cure $ $82,000.00

8. Was Penn Maritime's failure to pay maintenance and cure unreasonable?

✓ Yes OR ________ No

If you answer Question 8 "yes", please answer Question 9.

9. What sum of money would compensate Norman Seymore for the aggravation of the plaintiff's condition, if any, because of the failure to provide maintenance and cure?

$ -0-

This verdict is the unanimous verdict of the jury on the 1st day of March, 2007.

James Walker Lilley
Presiding Juror