United States Courts
Southern District of Texas
ENTERED
MAR 0 6 2007
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORMAN SEYMORE | § | |
| | § | **C.A. G-05-528** |
| VS. | § | |
| | § | |
| PENN MARITIME, INC. | § | |

## Final Judgment

A Jury Trial has had in this case, the Honorable David Hittner presiding, from February 21, 2007 until March 1, 2007. The jury returned a verdict, which the Court now enters as a Final Judgment. It is the Judgment of this Court that Plaintiff Norman Seymore have and recover from Defendant Penn Maritime, Inc. the total sum of $609,921.00, in addition to prejudgment and post-judgment interest. This sum includes future medical expenses of $101,000.00, past wage loss of $61,000.00, future wage loss of $634,842.00, past pain, suffering, and disability of $62,500.00, future pain, suffering, and disability of $62,500.00, past mental anguish and suffering of $62,500.00, and future mental anguish and suffering of $62,500.00, reduced by 50% per the jury's finding that Seymore was 50% liable for causing his damages. The judgment amount also includes $4,500.00 for maintenance owed to date and $82,500.00 for cure owed to date. In addition to the judgment, Penn Maritime, Inc. shall pay pre-judgment interest through the date of this Judgment at the rate of 5.05

percent (5.05%), together with post-judgment interest of 5.05% in accordance with 28 U.S.C. 1961 until this Judgment is fully satisfied, together with taxable costs of court.

**THIS IS A FINAL JUDGMENT. ALL RELIEF NOT HEREIN PROVIDED IS EXPRESSLY DENIED.**

Let execution issue hereupon if this Judgment is not timely paid.

Signed, Rendered, and Entered, this the 6 day of March, 2007.

Honorable David Hittner